UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Aaron Jamal Fields            Docket No. 5:16-CR-314-1M

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aaron Jamal Fields, who, upon an earlier plea of guilty to Possession of Stolen Firearms, in violation of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 13, 2017, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Aaron Jamal Fields was released from custody on May 20, 2022, at which time the term of supervised release commenced.

On October 26, 2023, a Violation Report was submitted to the court advising the defendant had tested positive for marijuana and cocaine. The defendant was referred for a substance abuse assessment at that time. On May 22, 2024, a Violation Report was submitted to the court advising the defendant had tested positive for marijuana. The defendant was continued on supervision to allow him an opportunity to participate in treatment. On November 12, 2024, a Violation Report was submitted to the court advising that the defendant had been cited for reckless driving and other traffic offenses. At that time, the defendant was continued on supervision without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 11, 2024, the defendant committed the offenses of Expired Registration Card/Tag, Expired/No Inspection, Speeding in a Work Zone or Speeding in Excess of 15 MPH, and Driving While License Revoked – Not Impaired Revocation (24CR 11661) in Cumberland County, North Carolina. The defendant called and made this officer aware of the citation. The defendant was verbally reprimanded for failing to abide by the conditions of his supervision and instructed not to drive until properly licensed. Due to the defendant receiving another driving citation, it is respectfully recommended that the defendant's conditions be modified to include completion of 24 hours of community service within 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service within 30 days and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Aaron Jamal Fields
Docket No. 5:16-CR-314-1M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: December 30, 2024

### ORDER OF THE COURT

Considered and ordered this 3d day of January, 2025 and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge